## DECEMBER TERM, 1796.

JACOB NORMAN *against* DAVID NORMAN and JAMES HARVEY.

In a suit against two partners, one of them who has not been arrested may be sworn to prove the quantum of the demand, on the part of the plaintiff. But he is not compellable to give evidence.

ACTION for goods sold and delivered. Harvey only was taken on the capias. David Norman was returned *non est inventus* by the sheriff, but a few days afterwards paid the plaintiff one moiety of his demand. The plaintiff has since been discharged by the insolvent act.

Harvey disputed the quantum of the plaintiff's debt. The plaintiff called the other defendant Norman to prove a settlement made between them and acquiesced in. He was objected to by Harvey as interested in the event of the cause.

By the court. David Norman cannot be compelled to give evidence on the part of the plaintiff, but he may be sworn, if he has no objection thereto. He is produced to charge the partnership, and therefore swears against his own interest. If the plaintiff shall recover his demand against Harvey, the same will be debited against the witness, who will be obliged to pay his proportion thereof on a settlement of the pertnership accounts.

He was sworn accordingly; and at length it was agreed to withdraw a juror; and refer the account to the first three jurors on the list, who reported the sum of 196*l.* 1*s.* 11¼*d.* to be due to the plaintiff.

Mr. Wells, *pro quer.* Mr. T. Ross, *pro def.*